

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Dominic D. Miller, Appellant

No. 06-23-00066-CV      v.

Angela Smoak, Assistant Criminal District
Attorney, and Matthew R. Patton, IV,
Criminal Defense Attorney, Appellees

Appeal from the 115th District Court of
Marion County, Texas (Tr. Ct. No.
2300042). Memorandum Opinion
delivered by Justice van Cleef, Chief
Justice Stevens and Justice Rambin
participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Dominic D. Miller, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 8, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk